LONG ISLAND LIGHTING COMPANY, Appellant, v. MILO R. MALTBIE and Others, Individually and as Members of and Constituting the Public Service Commission of the State of New York, Department of Public Service, State Division, and THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondents.— Motion for stay. Stay continued until the argument in the Court of Appeals. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

## (September 17, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UMBERTO BIANCHI, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion to appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN BISHOP, Appellant, against COMER & POLLOCK, INC., and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and the claimant is granted six months in which to perfect, file and serve his record and brief on appeal and be ready for argument. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ISADORE BRECHER, Appellant, against DAVID EISNER & Co. and NATIONAL CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Application to appeal as a poor person on typewritten record denied on the ground that the papers do not comply with the provisions of section 199 of the Civil Practice Act. Motion by employer and carrier to dismiss appeal denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BROWN, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Application to prosecute appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account Dated January 23, 1939, of CHEMUNG CANAL TRUST COMPANY, as Successor Trustee under the Last Will and Testament of CHRISTIAN ASSAUER, Deceased.— Application for leave to appeal as a poor person denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of LEO COLPRICE, Appellant, against MORTGAGE COMMISSION SERVICING CORP. and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. Motion to prosecute appeal as a poor person on typewritten record denied on the ground that the papers disclose that claimant has no meritorious claim and in addition to that whatever claim ever existed in his favor was adjusted at a lump sum which he accepted and retained. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARQUIS CURTIS, Appellant, v. JOSEPH H. WILSON, as Warden of the State Prison at Comstock, N. Y., and Another, Respondents.— Motion to submit appeal on original papers and typewritten briefs granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.